RECEIVED
IN LAKE CHARLES, LA

AUG 2 6 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 2:09 CR 00024 |
| VERSUS | JUDGE MINALDI |
| RAUL A. MENDOZA-MENDOZA | MAGISTRATE JUDGE KAY |

JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct a Sentence [doc. 38] filed by the defendant, Raul Mendoza-Mendoza, IS DENIED.

Considering the record in this case and the requirements of 28 U.S.C. § 2255, the court hereby finds that a certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

Lake Charles, Louisiana, this 26 day of August, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE